UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | Case No. 15-11015 |
| KING O. CHU, | ) | Hon. Carol A. Doyle |
| | ) | |
| | ) | |
| Debtor. | ) | |

## Certificate Of Service

I, Steven R. Radtke, hereby certify that on **October 13, 2016**, I caused a true and correct copy of the **Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR)** to be served on the persons on the attached service list via First Class mail, postage prepaid, as indicated on the service list.

/s/   Steven R. Radtke
STEVEN R. RADTKE, TRUSTEE
Attorney ID No. 0312-4816
79 WEST MONROE STREET
SUITE 1305
CHICAGO IL 60603
(312) 346-1935

ChuNFRCrtSrv

SERVICE LIST
KING O. CHU, DEBTOR
CASE NO. 15-11015

Office of the United States Trustee
219 South Dearborn, Room 873
Chicago, IL 60604

King O. Chu
2822 South Shields Avenue
Chicago, IL 60616

David C. Nelson
NLO Nelson Law Office
53 West Jackson Boulevard
Suite 430
Chicago, IL 60604-3648

Peoples Gas Light & Coke Co.
200 E. Randolph Dr.
Chicago, IL 60601

Alphonse A. Talarico
259 W. 31st Street
Chicago, IL 60616

City of Chicago
Assistant Corporation Counsel
30 N. LaSalle St.; 7th Floor
Chicago, IL 60602

Illinois Department of Revenue
Bankruptcy Section
P.O. Box 64338
Chicago, IL 60664-0338

American InfoSource LP
As agent for TD Bank USA
PO Box 248866
Oklahoma City, OK 73124-8866

Discover Bank
Discover Products Inc
PO Box 3025
New Albany, OH 43054-3025

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Capital One Bank (USA) N.A.
By American InfoSource LP as agent
PO Box 71083
Charlotte, NC 28272-1083

Capital One, N.A.
c/o Becket and Lee LLP
PO Box 3001
Malvern, PA 19355-0701

Portfolio Recovery Associates, LLC
Successor to U.S. Bank National
Association ND
PO Box 41067
Norfolk, VA 23541

American Express Bank, FSP
c/o Becket and Lee LLP
PO Box 3001
Malvern, PA 19355-0701

ChuTFRSrvList

1