# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| King O. Chu | § | Case No. 15-11015 |
| | § | |
| Debtor | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

STEVEN R. RADTKE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 569,810.00 *(Without deducting any secured claims)* | Assets Exempt: 22,200.00 |
| Total Distributions to Claimants: 37,897.82 | Claims Discharged Without Payment: 1,501,094.95 |
| Total Expenses of Administration: 30,102.18 | |

3) Total gross receipts of $ 68,000.00  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 68,000.00  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 830,051.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 30,102.18 | 30,102.18 | 30,102.18 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 363,000.00 | 176,268.83 | 176,268.83 | 37,897.82 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 474,164.75 | 94,936.96 | 94,936.96 | 0.00 |
| **TOTAL DISBURSEMENTS** | $ 1,667,215.75 | $ 301,307.97 | $ 301,307.97 | $ 68,000.00 |

4) This case was originally filed under chapter 7 on 03/27/2015 . The case was pending for 21 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 12/20/2016           By:/s/STEVEN R. RADTKE
                                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Escrow funds from sale of property | 1229-000 | 68,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$68,000.00** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ NA** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase Mtg Po Box 24696 Columbus, OH 43224 | | 394,107.00 | NA | NA | 0.00 |
| | Chase Mtg Po Box 24696 Columbus, OH 43224 | | 61,085.00 | NA | NA | 0.00 |
| | Pacific Glob 323 S. Wentworth Chicago, IL 60616 | | 106,055.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Pacific Glob 323 S. Wentworth Chicago, IL 60616 | | 268,804.00 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | | $ 830,051.00 | $ 0.00 | $ 0.00 | $ 0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| STEVEN R. RADTKE | 2100-000 | NA | 6,650.00 | 6,650.00 | 6,650.00 |
| STEVEN R. RADTKE | 2200-000 | NA | 21.42 | 21.42 | 21.42 |
| U. S. Bankruptcy Court Clerk | 2700-000 | NA | 350.00 | 350.00 | 350.00 |
| STEVEN R. RADTKE | 3110-000 | NA | 22,950.00 | 22,950.00 | 22,950.00 |
| STEVEN R. RADTKE | 3120-000 | NA | 130.76 | 130.76 | 130.76 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | $ NA | $ 30,102.18 | $ 30,102.18 | $ 30,102.18 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Chicago Department of Finance Tax Division 333 South State Street; Suite 300 Chicago, IL 60604 |  | 0.00 | NA | NA | 0.00 |
|  | City of Chicago Assistant Corporation Counsel 30 N. LaSalle St.; 7th Floor Chicago, IL 60602 |  | 0.00 | NA | NA | 0.00 |
|  | Illinois Department of Revenue 100 W Randolph St 7-400 Chicago, IL 60601 |  | 0.00 | NA | NA | 0.00 |
|  | Illinois Secretary of State Driver Services Dept 2701 S. Dirksen Pkwy Springfield, IL 62723 |  | 0.00 | NA | NA | 0.00 |
|  | Illinois Toll Highway Authority 2700 Ogden Avenue Downers Grove, IL 60515 |  | 0.00 | NA | NA | 0.00 |
|  | Internal Revenue Service P.O. Box 7346 Philadelphia, PA 19101-7346 |  | 183,000.00 | NA | NA | 0.00 |
| 3 | City Of Chicago | 5800-000 | NA | 843.27 | 843.27 | 181.30 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 4 | Illinois Department Of Revenue | 5800-000 | 180,000.00 | 167,655.72 | 167,655.72 | 36,046.00 |
| 7 | Internal Revenue Service | 5800-000 | NA | 7,769.84 | 7,769.84 | 1,670.52 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ 363,000.00 | $ 176,268.83 | $ 176,268.83 | $ 37,897.82 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Alberts Dj | | 0.00 | NA | NA | 0.00 |
| | Amex Po Box 297871 Fort Lauderdale, FL 33329 | | 2,971.85 | NA | NA | 0.00 |
| | Ars Inc 14707 E 2nd Ave #260 Aurora, CO 80011 | | 241.00 | NA | NA | 0.00 |
| | Barclays | | 30,000.00 | NA | NA | 0.00 |
| | Bk Of Amer 1800 Tapo Canyon Rd Simi Valley, CA 93063 | | 0.00 | NA | NA | 0.00 |
| | Bk Of Amer Po Box 982235 El Paso, TX 79998 | | 39,187.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bk Of Amer Po Box 982235 El Paso, TX 79998 | | 14,582.00 | NA | NA | 0.00 |
| | Blatt, Hasenmiller, Leibsker & Moor 125 S. Wacker Dr. Suite 400 Chicago, IL 60606 | | 11,915.13 | NA | NA | 0.00 |
| | Cach, Llc 4340 S Monaco St Unit 2 Denver, CO 80237 | | 10,034.00 | NA | NA | 0.00 |
| | Cap1/Vlcty Po Box 15524 Wilmington, DE 19850 | | 0.00 | NA | NA | 0.00 |
| | Chase Card Po Box 15298 Wilmington, DE 19850 | | 0.00 | NA | NA | 0.00 |
| | Citi Po Box 6241 Sioux Falls, SD 57117 | | 0.00 | NA | NA | 0.00 |
| | First Premier Bank 601 S Minnesota Ave Sioux Falls, SD 57104 | | 0.00 | NA | NA | 0.00 |
| | Gmac Mortgage Po Box 4622 Waterloo, IA 50704 | | 0.00 | NA | NA | 0.00 |
| | Horseshoe Hammond 777 Casino Center Dr Hammond, IN 46320 | | 129,000.00 | NA | NA | 0.00 |

UST Form 101-7-TDR (10/1/2010) *(Page: 7)*

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | International Bank Of 5069 N Broadway St Chicago, IL 60640 | | 0.00 | NA | NA | 0.00 |
| | Joe Garcia | | 5,650.00 | NA | NA | 0.00 |
| | Latimer Levy Frock 55 W Monroe Ste 1100 Chicago, IL 60603 | | 7,825.00 | NA | NA | 0.00 |
| | Mortgage It Po Box 205 Waterloo, IA 50704 | | 0.00 | NA | NA | 0.00 |
| | Northwest Collectors 3601 Algonquin Rd Ste 23 Rolling Meadows, IL 60008 | | 105.00 | NA | NA | 0.00 |
| | Onewest Bank 6900 Beatrice Dr Kalamazoo, MI 49009 | | 0.00 | NA | NA | 0.00 |
| | Pacific Glob 323 S. Wentworth Chicago, IL 60616 | | 0.00 | NA | NA | 0.00 |
| | Pacific Glob 323 S. Wentworth Chicago, IL 60616 | | 0.00 | NA | NA | 0.00 |
| | Pacific Glob 323 S. Wentworth Chicago, IL 60616 | | 0.00 | NA | NA | 0.00 |
| | Pacific Glob 323 S. Wentworth Chicago, IL 60616 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Pacific Glob 323 S. Wentworth Chicago, IL 60616 | | 0.00 | NA | NA | 0.00 |
| | Pacific Glob 323 S. Wentworth Chicago, IL 60616 | | 0.00 | NA | NA | 0.00 |
| | Peoples Engy 200 East Randolph Chicago, IL 60601 | | 0.00 | NA | NA | 0.00 |
| | Peoples Engy 200 East Randolph Chicago, IL 60601 | | 0.00 | NA | NA | 0.00 |
| | Peoplesene 130 E. Randolph Drive Chicago, IL 60601 | | 0.00 | NA | NA | 0.00 |
| | Portfolio Recovery Ass 120 Corporate Blvd Ste 1 Norfolk, VA 23502 | | 3,225.00 | NA | NA | 0.00 |
| | Syncb/Jcp Po Box 965007 Orlando, FL 32896 | | 0.00 | NA | NA | 0.00 |
| | Syncb/Paypal Extras Mc Po Box 965005 Orlando, FL 32896 | | 0.00 | NA | NA | 0.00 |
| | Syncb/Walmart Po Box 965024 Orlando, FL 32896 | | 0.00 | NA | NA | 0.00 |
| | Thd/Cbna Po Box 6497 Sioux Falls, SD 57117 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | Alphonse A. Talarico | 7100-000 | NA | 34,000.00 | 34,000.00 | 0.00 |
| 12 | American Express Bank, Fsb | 7100-000 | 14,564.77 | 14,564.77 | 14,564.77 | 0.00 |
| 5 | American Infosource Lp As Agent For | 7100-000 | 969.00 | 994.87 | 994.87 | 0.00 |
| 8 | Capital One Bank (Usa), N.A. | 7100-000 | 406.00 | 426.06 | 426.06 | 0.00 |
| 9 | Capital One Bank (Usa), N.A. | 7100-000 | 670.00 | 708.35 | 708.35 | 0.00 |
| 10 | Capital One, N.A. | 7100-000 | 0.00 | 144.17 | 144.17 | 0.00 |
| 3B | City Of Chicago | 7100-000 | NA | 55.17 | 55.17 | 0.00 |
| 6 | Discover Bank | 7100-000 | 19,540.00 | 19,540.52 | 19,540.52 | 0.00 |
| 4B | Illinois Department Of Revenue | 7100-000 | 180,000.00 | 21,631.62 | 21,631.62 | 0.00 |
| 7B | Internal Revenue Service | 7100-000 | NA | 211.68 | 211.68 | 0.00 |
| 1 | Peoples Gas Light & Coke Company | 7100-000 | NA | 153.56 | 153.56 | 0.00 |
| 11 | Portfolio Recovery Associates, Llc | 7100-000 | 3,279.00 | 2,506.19 | 2,506.19 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 474,164.75 | $ 94,936.96 | $ 94,936.96 | $ 0.00 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 15-11015 | CAD | Judge: | Carol A. Doyle | Trustee Name: | STEVEN R. RADTKE |
|---|---|---|---|---|---|---|
| Case Name: | King O. Chu | | | | Date Filed (f) or Converted (c): | 03/27/2015 (f) |
| | | | | | 341(a) Meeting Date: | 05/11/2015 |
| For Period Ending: | 12/20/2016 | | | | Claims Bar Date: | 02/08/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 2822 S Shields; Chicago, Il | 470,000.00 | 0.00 | | 0.00 | FA |
| 2. 1120-2 West 95Th St; Chicago Il 60643 | 10,000.00 | 0.00 | | 0.00 | FA |
| 3. Land Trust For 3001 S. Halsted Chicago Title Beneficiary: 1 | 100,000.00 | 0.00 | | 0.00 | FA |
| 4. Cash On Self | 100.00 | 0.00 | | 0.00 | FA |
| 5. Personal Checking Account At Pacific Global Bank | 100.00 | 0.00 | | 0.00 | FA |
| 6. 4 Beds, Table, Chairs, Kitchen Utensils, Tv, Sofa. | 400.00 | 0.00 | | 0.00 | FA |
| 7. Necessary Wearing Apparel | 300.00 | 0.00 | | 0.00 | FA |
| 8. Life Insurance Policy Whole Life With Cash Value | 2,500.00 | 0.00 | | 0.00 | FA |
| 9. Ira | 1,900.00 | 0.00 | | 0.00 | FA |
| 10. Sole Proprietorship For American Family Insurance Brokerage | 0.00 | 0.00 | | 0.00 | FA |
| 11. 2013 Tax Refund (Spent) | 5,710.00 | 4,810.00 | | 0.00 | FA |
| 12. 1999 Mercedes E430. 200,000 Miles. Does Not Run | 1,000.00 | 0.00 | | 0.00 | FA |
| 13. Escrow funds from sale of property (u) | 0.00 | 68,000.00 | | 68,000.00 | FA |
| 14. Unscheduled Claim of conversion, King O. Chu v. Chicago Titl | Unknown | 0.00 | | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)         $592,010.00         $72,810.00                      $68,000.00         $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

UST Form 101-7-TDR (10/1/2010) *(Page: 11)*

Exhibit 8

10/2016 Trustee prepared TFR

9/2016 Trustee obtained court order to dismiss state court case

7/2016 Claim No. 2 allowed as general unsecured claim without priority

6/2016 Tr objection sustained; Claim No. 2 disallowed; motion to reconsider set for 7/13/16

4/6/16 Briefing Schedule set; response due 4/27; reply due 5/4;  status/ruling 6/22/16

2/11/16  Objection to claim no. 2 filed; hrg 4/6/16

11/13/15 Funds received; waiting for bar date to pass to prepare fee applications and final report

11/5/15  Bankruptcy Court entered judgment in favor of Trustee against Chicago Title directing Chicago title to turn over $68,000 to Trustee

Trustee filed adversary complaint against Chicago Title; status hrg. 8/26/15; briefing schedule set - SRR to respond 9/23; Def reply 10/7/15; status/ruling on 10/29/15

There is a case pending in state court; trustee to employ attorneys and special counsel Alphonse Talarico re same; case no. 2015L001800; trustee filed mtn to intervene; status hrg on 7/14/15; placed on bankruptcy calendar


Initial Projected Date of Final Report (TFR): 06/30/2017          Current Projected Date of Final Report (TFR): 06/30/2017

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

Case No: 15-11015
Case Name: King O. Chu
Taxpayer ID No: XX-XXX7988
For Period Ending: 12/20/2016

Trustee Name: STEVEN R. RADTKE
Bank Name: Associated Bank
Account Number/CD#: XXXXXX5737
Checking
Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 11/13/15 | 13 | Chicago Title and Trust Company<br>10 S. LaSalle Street<br>Chicago, IL 60603 | Payment of Order dated 11/10/15 Directing Turnover of Property | 1229-000 | $68,000.00 | | $68,000.00 |
| 11/09/16 | 1001 | STEVEN R. RADTKE<br>CHILL, CHILL & RADTKE, P.C.<br>79 WEST MONROE STREET<br>SUITE 1305<br>CHICAGO, IL  60603<br>, | Final distribution representing a payment of 100.00 % per court order. | 2100-000 | | $6,650.00 | $61,350.00 |
| 11/09/16 | 1002 | STEVEN R. RADTKE<br>CHILL, CHILL & RADTKE, P.C.<br>79 WEST MONROE STREET<br>SUITE 1305<br>CHICAGO, IL  60603<br>, | Final distribution representing a payment of 100.00 % per court order. | 2200-000 | | $21.42 | $61,328.58 |
| 11/09/16 | 1003 | U. S. Bankruptcy Court Clerk<br>Dirksen Federal Building<br>219 S. Dearborn Street<br>Chicago, IL 60604 | Final distribution representing a payment of 100.00 % per court order. | 2700-000 | | $350.00 | $60,978.58 |
| 11/09/16 | 1004 | STEVEN R. RADTKE<br>CHILL, CHILL & RADTKE, P.C.<br>79 WEST MONROE STREET<br>SUITE 1305<br>CHICAGO, IL  60603<br>, | Final distribution representing a payment of 100.00 % per court order. | 3110-000 | | $22,950.00 | $38,028.58 |
| 11/09/16 | 1005 | STEVEN R. RADTKE<br>CHILL, CHILL & RADTKE, P.C.<br>79 WEST MONROE STREET<br>SUITE 1305<br>CHICAGO, IL  60603<br>, | Final distribution representing a payment of 100.00 % per court order. | 3120-000 | | $130.76 | $37,897.82 |
| 11/09/16 | 1006 | City Of Chicago<br>Assistant Corporation Counsel<br>30 N. Lasalle St.; 7Th Floor<br>Chicago, Il 60602 | Final distribution to claim 3 representing a payment of 21.50 % per court order. | 5800-000 | | $181.30 | $37,716.52 |

Page Subtotals:   $68,000.00   $30,283.48

UST Form 101-7-TDR (10/1/2010) (Page: 13)

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 15-11015 | Trustee Name: STEVEN R. RADTKE |
| Case Name: King O. Chu | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX5737 |
| | Checking |
| Taxpayer ID No: XX-XXX7988 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 12/20/2016 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 11/09/16 | 1007 | Illinois Department Of Revenue<br>Bankruptcy Section<br>Po Box 64338<br>Chicago, Il 60664 | Final distribution to claim 4 representing a payment of 21.50 % per court order. | 5800-000 | | $36,046.00 | $1,670.52 |
| 11/09/16 | 1008 | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, Pa 19101-7346 | Final distribution to claim 7 representing a payment of 21.50 % per court order. | 5800-000 | | $1,670.52 | $0.00 |

| | | |
|---|---:|---:|
| COLUMN TOTALS | $68,000.00 | $68,000.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $68,000.00 | $68,000.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $68,000.00 | $68,000.00 |

UST Form 101-7-TDR (10/1/2010) *(Page: 14)*     Page Subtotals:     $0.00     $37,716.52

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX5737 - Checking | $68,000.00 | $68,000.00 | $0.00 |
|  | $68,000.00 | $68,000.00 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $68,000.00 |
| Total Gross Receipts: | $68,000.00 |